ACCEPTED
03-15-00738-CV
8396448
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 3:19:03 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00738-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 3:19:03 PM
JEFFREY D. KYLE
Clerk

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF
TEXAS; AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellants*,

v.

SUNSTATE EQUIPMENT CO., LLC,
*Appellee*.

On Appeal from the
353rd Judicial District Court of Travis County, Texas

## UNOPPOSED FIRST MOTION TO EXTEND TIME
## TO FILE APPELLANTS' BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas (the "State Appellants"), move to extend the time to file their Appellants' Brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

## I.

The State Appellants' brief is currently due January 15, 2016. The State Appellants seek a 28-day extension, creating a new deadline of

February 12, 2016. This is the State Appellants' first request, and Appellee does not oppose the extension.

## II.

The extension is not sought for delay, and no party will be prejudiced if it is granted. The State Appellants request this extension because undersigned counsel and the Solicitor General's Office are new to this case at the appellate level, and undersigned counsel has substantial litigation commitments in other cases, including as principal author of the reply brief on the merits due January 29, 2016, in the New Mexico Supreme Court case *Montaño v. Frezza*, No. S-1-SC-35214. Moreover, counsel is traveling out of State for the holidays from December 24th through December 28th and from December 30th through January 3rd. The additional time requested will permit counsel to fully analyze the record and relevant law in order to prepare thorough briefing, which would aid the Court in its consideration of this appeal.

## III.

The State Appellants respectfully request that the Court grant a 30-day extension for filing their brief, creating a new deadline of February 12, 2016.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

/s/ Lisa A. Bennett
LISA A. BENNETT
Assistant Solicitor General
State Bar No. 24073910

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Tel.: (512) 936-2923
Fax: (512) 474-2697
lisa.bennett@texasattorneygeneral.gov

COUNSEL FOR APPELLANTS GLENN HEGAR,
COMPTROLLER OF PUBLIC ACCOUNTS OF THE
STATE OF TEXAS; AND KEN PAXTON, ATTORNEY
GENERAL OF THE STATE OF TEXAS

**CERTIFICATE OF CONFERENCE**

I certify that on December 29, 2015, I conferred with counsel for Appellee regarding this motion, and counsel advised that Appellee does not oppose the motion.

/s/ Lisa A. Bennett
Lisa A. Bennett
*Counsel for Appellants*

**CERTIFICATE OF SERVICE**

On December 29, 2015, this motion was served via File & ServeXpress and/or e-mail on:

Arthur Val Perkins
GARDERE WYNNE SEWELL LLP
1000 Louisiana Street, Suite 3400
Houston, Texas 77002-5011
Tel: (713) 276-5008
Fax: (713) 276-5555
vperkins@gardere.com

/s/  Lisa A. Bennett
Lisa A. Bennett
*Counsel for Appellants*